No. 5885.—FALÚ, aplte., *v.* SUÁREZ, ET AL., apldos.—C. D. San Juan. ▮ Diciembre 11, 1931.

(Por la corte, a propuesta del Juez Asociado Sr. Wolf.)

POR CUANTO, se nos ha solicitado la desestimación del presente recurso;

POR CUANTO, el apelante tiene radicada en la Corte de Distrito de San Juan una exposición del caso;

POR CUANTO, la corte inferior, en vista de la oposición

del apelado, dejó de aprobar la exposición del caso por la razón de que la prueba se había oído ante un árbitro;

Por cuanto, la corte necesariamente tuvo que leer el informe del árbitro y llegar a conclusiones de hecho, y, por tanto, puede determinar si la exposición del caso presentada es un reflejo fiel de los hechos presentados al juez;

Por tanto, no ha lugar a la desestimación solicitada.